PROB 12C
(6/16)

Report Date: July 14, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2016

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Kenneth Delano     Case Number: 0980 2:08CR00058-RHW-1

Address of Offender: No Fixed Address, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 23, 2008

Original Offense:     Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924

Original Sentence:    Prison 86 months;          Type of Supervision: Supervised Release
                      TSR - 36 months

Revocation
Sentence:             Jail 4 months;
                      TSR 32 months

Asst. U.S. Attorney:  Caitlin A. Baunsgard        Date Supervision Commenced: July 1, 2016

Defense Attorney:     Federal Defender's Office   Date Supervision Expires: February 28, 2019

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.<br><br>**Supporting Evidence**: Kenneth Delano released from the Bureau of Prisons on July 1, 2016. Mr. Delano contacted the undersigned officer and was directed to report on July 5, 2016. On July 7, 2016, the undersigned again directed the offender to report in person to either Richland or Spokane, Washington, by July 8, 2016. As of the date of this report, Mr. Delano has failed to report to the U.S. Probation Office in either Richland or Spokane, Washington, as directed. Mr. Delano's current whereabouts are unknown to the U.S. Probation Office. |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

Prob12C
Re: Delano, Kenneth
July 14, 2016
Page 2

**Supporting Evidence**: Kenneth Delano violated conditions of his supervised release by being arrested for assault - domestic violence on or about July 13, 2016, by the Kennewick Police Department.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 14, 2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

July 15, 2016

Date