PROB 12C
(6/16)

Report Date:  August 3, 2016

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2016

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth Delano          Case Number: 0980 2:08CR00058-RHW-1

Address of Offender: No Fixed address, Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 23, 2008

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924 |

| | | |
|---|---|---|
| Original Sentence: | Prison 86 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation<br>Sentence: 06/22/16 | Prison- 4 months<br>TSR- 32 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: 07/01/2016 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: 02/28/2019 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/14/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Delano violated conditions of his supervised release by being arrested for theft on July 16, 2016, by the Spokane Police Department.

According to Spokane Police Department report number 16-261331, Kenneth Delano took a taxi cab to Sacred Heart Medical Center.  Upon arrival, Mr. Delano told the taxi cab driver that he could not pay the amount due and attempted to run from the vehicle.  Mr. Delano was detained by the security officers at the hospital until local law enforcement was able to respond.

Mr. Delano was subsequently arrested for city theft, a gross misdemeanor.

**Prob12C**
**Re: Delano, Kenneth**
**August 3, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    8/3/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[ X ]   The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

August 5, 2016

Date